1  Mark P. Estrella (SBN 187091)
   MEstrella@InitiativeLegal.com
2  David M. Medby (SBN 227401)
   DMedby@InitiativeLegal.com
3  Sue J. Kim (SBN 256392)
   Skim@InitiativeLegal.com
4  Initiative Legal Group APC
   1800 Century Park East, 2nd Floor
5  Los Angeles, California 90067
   Telephone:  (310) 556-5637
6  Facsimile:   (310) 861-9051

7  Attorneys for Plaintiff Alyssa Jones

8            UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

11  ALYSSA JONES, individually, and         Case No.:  CV11-2325 PSG (SHx)
    on behalf of other members of the
12  general public similarly situated,       [Assigned to Hon. Philip S. Gutierrez]

13            Plaintiff,                      **DECLARATION OF MARK P.
                                             ESTRELLA IN SUPPORT OF
14       vs.                                 PLAINTIFF'S MOTION TO
                                             REMAND**
15  J. C. PENNEY CORPORATION,
    INC., a Delaware Corporation; J. C.      Date:    June 6, 2011
16  PENNEY COMPANY, INC., a                  Time:    1:30 p.m.
    Delaware Corporation; and DOES 1         Place:   Courtroom 880
17  through 10, inclusive,
                                             Removal Filed:
18            Defendants.

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MARK P. ESTRELLA

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF MARK P. ESTRELLA**

I, Mark P. Estrella, declare as follows:

1.      I am admitted, in good standing, to practice as an attorney before this Court, and I am an associate at the law firm of Initiative Legal Group APC, attorneys of record for Plaintiff Alyssa Jones in the above-captioned matter.  I am personally familiar with the facts set forth in this declaration and if called as a witness, I would testify truthfully to the matters set forth herein.  I make this declaration in support of Plaintiff's Motion to Remand.

2.      On December 23, 2010, Plaintiff filed this action in the Superior Court of Los Angeles and erroneously titled the caption as a Class Action Complaint & Enforcement Under the Private Attorneys General Act, California Labor Code §§ 2698 et seq.

3.      On January 27, 2011, Plaintiff filed a First Amended Complaint ("FAC").  Plaintiff filed this complaint as a representative action under PAGA even though it was erroneously titled as the First Amended Class Action Complaint & Enforcement Under the Private Attorneys General Act, California Labor Code §§ 2698 et seq.

4.      Plaintiff's complaint does not assert a class action nor does it allege any of the class action requirements—as to ascertainability, typicality, predominance and so forth.

5.      The FAC asserts violation of Labor Code § 1198 and California Code of Regulations, Title 8, section 11070(14) (Failure To Provide Seating).

6.      Plaintiff does not seek recovery of the compensatory and statutory damages typically attendant to a class action.  Instead, Plaintiff seeks to recover civil penalties, pursuant to PAGA, for various violations of the California Labor Code.

7.      Despite this not being a class action, Defendants removed this action based solely upon CAFA.

DECLARATION OF MARK P. ESTRELLA

1    I declare under penalty of perjury and the laws of the United States of

2  America that the foregoing is true and correct.  Executed this 18th day of April,

3  2011, at Los Angeles, California.

4

5                                             _____
                                             Mark P. Estrella
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MARK P. ESTRELLA

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067